# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David J. Palmiter<br>　　　　Rosemary Palmiter<br><br>　　　　　　　　　　Debtor(s) | BK NO. 18-00245 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                        Respectfully submitted,

                                   **/s/ James C. Warmbrodt, Esquire**
                                   James C. Warmbrodt, Esquire
                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA  19106
                                   412-430-3594