Certificate Number: 06531-PAE-DE-030641906

Bankruptcy Case Number: 18-00245



06531-PAE-DE-030641906

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 28, 2018</u>, at <u>3:07</u> o'clock <u>PM CST</u>, <u>David J Palmiter</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>February 28, 2018</u>   By: <u>/s/Connie Krosch</u>

Name: <u>Connie Krosch</u>

Title: <u>Certified Credit Counselor</u>

Certificate Number: 06531-PAE-DE-030641907

Bankruptcy Case Number: 18-00245


06531-PAE-DE-030641907

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 28, 2018</u>, at <u>3:07</u> o'clock <u>PM CST</u>, <u>Rosemary Palmiter</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>February 28, 2018</u>     By:  <u>/s/Connie Krosch</u>

Name: <u>Connie Krosch</u>

Title: <u>Certified Credit Counselor</u>